UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Jacqueline Gold,

                Plaintiff,                              18 **CIVIL** 935 (AJN

      -against-                                    **JUDGMENT**

Titlevest Agency LLC, et al.,
                Defendants.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated June 1, 2020, Defendants' motion for summary judgment is granted; accordingly, this case is closed.

**Dated:**  New York, New York
          June 2, 2020

                                              **RUBY J. KRAJICK**
                                              _____
                                                  **Clerk of Court**
                            **BY:**
                                                  _____
                                                  **Deputy Clerk**